UNITED DISTILLERS PRODUCTS CORP., Respondent, v. TOM MOORE DISTILLERY COMPANY et al., Defendants, and IRVING HAIM et al., Appellants.— Order so far

as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.